1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   ANN DEMARAIS
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress St., Suite 4800
   Tucson, Arizona 85701
5  Telephone: (520) 620-7300
   Email: ann.demarais@usdoj.gov
6  Attorneys for Plaintiff

```
____FILED____LODGED
____RECEIVED____COPY

: 2010 JUN 23  P 4: 34 :

CLERK US DISTRICT COURT
   DISTRICT OF ARIZONA
```

**CR10-1491 TUC** *RCC/DTF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) |
| Juan Carlos Torres-Caudillo, | ) |
| Defendant. | ) |

**I N D I C T M E N T** **VICTIM CASE**

Violation:
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 111(a)(1)

(Assault on a Federal Officer)

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 25, 2010, at or near Safford, in the District of Arizona, JUAN CARLOS TORRES-CAUDILLO, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer Wayne Elie, an officer of the United States or any agency thereof, while Officer Wayne Elie was engaged in the performance of his official duties, and did inflict bodily injury on Officer Wayne Elie, that is, the defendant punched Officer Wayne Elie on the right side of his face causing bruising, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

//

//

## COUNT 2

On or about April 25, 2010, at or near Safford, in the District of Arizona, JUAN CARLOS TORRES-CAUDILLO, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer Wayne Elie, an officer of the United States or any agency thereof, while Officer Wayne Elie was engaged in the performance of his official duties, and did inflict bodily injury on Officer Wayne Elie, that is, the defendant struck Officer Wayne Elie with a food tray causing a cut and bruising on his left temple, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 3

On or about April 25, 2010, at or near Safford, in the District of Arizona, JUAN CARLOS TORRES-CAUDILLO, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer Wayne Elie, an officer of the United States or any agency thereof, while Officer Wayne Elie was engaged in the performance of his official duties, and the act did involve physical contact, that is, the defendant punched Officer Wayne Elie in the back of head several times, in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL

Presiding Juror

**REDACTED FOR PUBLIC DISCLOSURE**

DENNIS K. BURKE
United States Attorney
District of Arizona

JUN 23 2010

Assistant United States Attorney

United States vs. Torres-Caudillo
Indictment page 2

2